UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY M. MONCION,

               Plaintiff,

      -against-

STEPHEN SONDHEIM THEATER,

               Defendant.

22-CV-1025 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 6, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 6, 2022
           New York, New York

                     /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge