UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY M. MONCION ,<br><br>      Plaintiff,<br><br>  -against-<br><br>STPHEN SOUNDHEIM THEATER,<br><br>      Defendant. | 22-CV-1025 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 22, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 22, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge